**Order entered February 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01143-CR
No. 05-16-01153-CR
No. 05-16-01154-CR
No. 05-16-01155-CR
No. 05-16-01156-CR

**BRANDON KEITH SKILLMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-81221-2001, 380-80792-2002, 380-80793-2002, 380-80794-2002**
**& 380-82037-2002**

## ORDER

Before the Court is appellant's February 9, 2017 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **MARCH 13, 2017**. If appellant's brief is not filed by March 13, 2017, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8 (b)(2). *See* TEX. R. APP. P. 38.8(b)(2).

/s/     ADA BROWN
JUSTICE